IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 15-4273 |
| v. | : : | |
| BRIAN M. FRANCISCO, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of December, 2015, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall mark the case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.